IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Andrew J. Allerdice, | ) | No. CV 07-8049 PCT NVW (MEA) |
| Petitioner, | ) ) ) | **ORDER** |
| v. | ) ) | |
| Dora B. Schriro and Arizona Attorney General, | ) ) ) | |
| Respondents. | ) ) | |

Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Aspey (Doc. # 15) regarding petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. # 1). The R&R recommends that the Petition be denied and dismissed with prejudice. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R. (R&R at 28 (citing 28 U.S.C. § 636(b)). Petitioner filed objections on December 28, 2007. (Doc. # 16.)

The court has considered the objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The court agrees with most of the Magistrate Judge's determinations and accepts the recommended decision except that part which rejects the Petitioner's claim that his attorney's decision to stipulate to the

foundation and admissibility of evidence violated his right to due process (Doc. # 15 at 19-27).  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").  With respect to that claim, the Magistrate Judge mistakenly predicates his recommendation on the premise that the Petitioner did not object to the stipulations which his counsel made at trial.  Because this section of the R&R is founded on this misunderstanding of the record, the court will reject it and refer this issue for further consideration.

The new R&R should address the effect, if any, of the Petitioner's objection to his attorney's stipulation at trial in light of *United States v. Plitman*, 194 F.3d 59 (2d Cir. 1999); *United States v. Stephens*, 609 F.2d 230 (5th Cir. 1980); *Wilson v. Gray*, 345 F.2d 282 (9th Cir. 1965); *Cruzado v. Puerto Rico*, 210 F.2d 789 (1st Cir. 1954); and any other pertinent authority.  Included in that question is whether a defendant's explicit objection to his attorney's stipulation of evidence, even if not amounting to a guilty plea, violates his constitutional rights.  Of course, the issues of law must be viewed through the standard provided in 28 U.S.C. § 2254(d).

IT IS THEREFORE ORDERED that the Report and Recommendation of the Magistrate Judge (Doc. # 15) is accepted in part but is referred again to the Magistrate Judge for a further report and recommendation concerning Petitioner's claim that his attorney's stipulation to the foundation and admissibility of evidence over his objection violated his right to due process (Doc. # 15 at 19-27).  This is not a final or appealable order, which will be entered only after the court considers the further report and recommendation by the Magistrate Judge.

DATED this 28th day of January, 2008.

_____
Neil V. Wake
United States District Judge